No. 93–962.  POPE *v.* UNIVERSITY OF WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 93–965.  LEVESQUE *v.* LEVESQUE.  Sup. Ct. N. H.  Certiorari denied.

No. 93–969.  BERGMAN *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 93–970.  DiCICCO *v.* TREMBLAY.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 93–974.  CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. *v.* NAVCO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–975.  FULLER ET AL. *v.* FMC CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–977.  GONZALES *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 93–979.  LUCERO *v.* NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 93–980.  ANDRISANI *v.* SUPERIOR COURT OF CALIFORNIA, APPELLATE DEPARTMENT, COUNTY OF LOS ANGELES, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–985.  BENNETT *v.* INDEPENDENCE BLUE CROSS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–988.  BURKE *v.* DEERE & CO., AKA JOHN DEERE CO.  C. A. 8th Cir.  Certiorari denied.

No. 93–989.  CHILDERS *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 93–990.  STOKES *v.* HATCH ET AL.  Sup. Ct. Ala.  Certiorari denied.

No. 93–991.  DUNBAR *v.* DEPARTMENT OF THE NAVY.  C. A. Fed. Cir.  Certiorari denied.